

# IN THE
# TENTH COURT OF APPEALS

No. 10-14-00406-CR
No. 10-14-00407-CR

**MICHAEL EDWARD STRICKLAND,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 82nd District Court
Falls County, Texas
Trial Court Nos. 8032 and 8033**

## ORDER

Appellant's "Application to Proceed in Forma Pauperis" was filed on July 22, 2015. In his application, he states he is unable to pay in advance for attorney's fees or to give security for any filing fees. A determination of indigence in an appellate court in a criminal proceeding only involves payment for the appellate record. *See* TEX. R. APP. P. 20.2. The appellate record has already been filed   There are no other court costs

associated with the appeal of a criminal proceeding. Further, payment of attorney's fees is not a court "cost" in an appellate proceeding.

Accordingly, appellant's Application to Proceed in Forma Pauperis is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Application dismissed as moot
Order issued and filed July 30, 2015

